1  WILLIAM H. ORRICK, III (State Bar #113252)
   REBECCA M. ARCHER (State Bar #202743)
2  SABRINA L. FÈVE (State Bar #226590)
   COBLENTZ, PATCH, DUFFY & BASS LLP
3  One Ferry Building, Suite 200
   San Francisco, California 94111-4213
4  Telephone:   (415) 391-4800
   Facsimile:    (415) 989-1663
5  ef-who@cpdb.com, ef-rma.cpdb.com, ef-slf@cpdb.com

6  Attorneys for Plaintiff
   TIMPHONY L. WALKER

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 TIMPHONY L. WALKER,                         CASE NO.: C-04-00022 VRW (PR)

12          Plaintiff,                         **STIPULATION AND [PROPOSED]
                                               ORDER GRANTING A CONTINUANCE
13     vs.                                     RE: AUGUST 1, 2006 CASE
                                               MANAGEMENT CONFERENCE**
14 SANTA CLARA COUNTY DEPARTMENT OF
   CORRECTION OFFICERS' WHEELER,
15 LIGOURI, CORRECTIONAL SERGEANT
   CORSO, CORRECTIONAL LIEUTENANT FRED
16 HINK, RICHARD WITTENBERG-COUNTY
   EXECUTIVE, JIM BABCOCK-CHIEF OF
17 CORRECTIONS, SANTA CLARA COUNTY             Date:  Complaint Filed: January 6, 2004
   DEPARTMENT OF CORRECTION, SANTA
18 CLARA BOARD OF SUPERVISORS, AND
   DOES, I-V.,
19
            Defendant.
20

21

22

23

24

25

26

27

28

12531.001.391457v1

1

STIPULATION AND [PROPOSED] ORDER RE:

1  IT IS HEREBY STIPULATED, by and between the parties, that the Case Management
2  Conference currently scheduled in this matter for August 1, 2006 at 9:00 a.m. shall be continued
3  to August 15, 2006 at 9:00 a.m. due to the unavailability of counsel.  It is further stipulated that a
4  joint case management statement shall be filed with the court one week prior to the conference.

5  Dated:  June 20, 2006                              OFFICE OF THE CITY COUNSEL

7                                                     By:   /s/ Mark Bernal
                                                           Mark Bernal
8                                                          Attorneys for Defendants
                                                           COUNTY OF SANTA CLARA,
9                                                          FORMER COUNTY EXECUTIVE
                                                           RICHARD WITTENBERG, FORMER
10                                                         CHIEF JIM BABCOCK, DEPARTMENT
                                                           OF CORRECTION OFFICERS
11                                                         WHEELER, LIGOURI, SGT. CORSO,
                                                           and LT. HINK

13  Dated:  June 20, 2006                             COBLENTZ, PATCH, DUFFY & BASS LLP

15
                                                      By:   /s/ Rebecca M. Archer
16                                                         Rebecca M. Archer
                                                           Attorneys for Plaintiff
17                                                         TIMPHONY L. WALKER

18                                            **ORDER**

19  IT IS HEREBY ORDERED that the Case Management Conference in this matter shall be
20  continued to August 15, 2006 at 9:00 a.m. at 450 Golden Gate Avenue, San Francisco, California,
21  Courtroom 6, 17th Floor.  A joint case management conference statement shall be filed with this
22  court one week prior to the conference.

24
    Date:  __June 22, 2006_____                     IT IS SO ORDERED
25                                                   _____
                                                     Judge Vaughn R Walker
26                                                   United States District Judge

12531.001.391457v1

2

**STIPULATION AND [PROPOSED] ORDER RE:**