WILLIAM H. ORRICK, III (State Bar #113252)
REBECCA M. ARCHER (State Bar #202743)
SABRINA L. FÈVE (State Bar #226590)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:   (415) 391-4800
Facsimile:   (415) 989-1663
ef-who@cpdb.com, ef-rma.cpdb.com, ef-slf@cpdb.com

Attorneys for Plaintiff
TIMPHONY L. WALKER


ANN MILLER RAVEL (State Bar # 62139)
ARYN PAIGE HARRIS (State Bar # 208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone:   (408) 299-5900
Facsimile:   (408) 989-7240

Attorneys for Defendants
ELMER WHEELER and SANNA LIGOURI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMPHONY L. WALKER,<br><br>       Plaintiff,<br><br>vs.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CORRECTION OFFICERS WHEELER, LIGOURI, CORRECTIONAL SERGEANT CORSO, CORRECTIONAL LIEUTENANT FRED HINK, RICHARD WITTENBERG-COUNTY EXECUTIVE, JIM BABCOCK-CHIEF OF CORRECTIONS, SANTA CLARA COUNTY DEPARTMENT OF CORRECTION, SANTA CLARA BOARD OF SUPERVISORS, AND DOES, I-V.,<br><br>       Defendants. | CASE NO.: C-04-00022 VRW (PR)<br><br>**JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER**<br><br><br>Complaint Filed: January 6, 2004 |

Plaintiff Timphony Walker, by and through his attorney of record, and Defendants Elmer Wheeler and Sanna Liguori, by and through their attorney of record, stipulate to the following terms and conditions respecting specifically designated and/or marked documents and items produced in this litigation:

1. It is agreed that Plaintiff will restrict access to all documents and items – marked "DOC CONFIDENTIAL" by the County – to the following individuals: Plaintiff, Plaintiffs' attorneys (including staff), and litigation consultants;

2. Nothing contained herein shall prohibit counsel for Plaintiff and Defendants from using or referring to the marked documents or items in motion papers or pleadings filed with the Court in this action. If marked documents or items subject to this protective order are contained within or attached to any pleading, the County will have the right to move that any pleading be sealed pursuant to Court Order;

3. Where permitted by the rules of evidence, the marked documents or items may be exhibited to witnesses during the trial or pretrial proceedings in this action provided, however, that to the extent that the transcript of any trial or pretrial proceeding or the exhibits incorporate or reference the documents or items, the transcript and/or exhibits may be sealed in accordance with the Court's rules and procedures upon application by the County;

4. Upon case disposition, Plaintiff agrees to dispose of all of the documents and items (and all duplicates and/or copies thereof) or return same to the County;

5. If there is any unauthorized disclosure of any documents or items subject to this Order by any person, said person may be subject to sanctions and civil contempt for violation of this Order, in accordance with the procedures of the Court; and

6. This Order is subject to modification pursuant to written stipulation between the parties and/or appropriate motion procedures.

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663

12531.001.477145v1

1  Dated: October 16, 2006                    COBLENTZ, PATCH, DUFFY & BASS LLP

                                              By: _____
                                                  SABRINA L. FEVE
                                                  Attorneys for Plaintiff
                                                  TIMPHONY L. WALKER

6  Dated: October 10, 2006                    ANN MILLER RAVEL
                                              County Counsel

                                              By: _____
                                                  ARYN P. HARRIS
                                                  Lead Deputy County Counsel
                                                  Attorneys for Defendants
                                                  Officers Wheeler and Liguori

12 PURSUANT TO STIPULATION, IT IS SO ORDERED:

   _____
   VAUGHN WALKER
   U.S. District Court Judge

   Dated:  October 25, 2006

---

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663

12531.001.477145v

3

CASE NO.: C-04-00022 VRW (PR)
JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER