WILLIAM H. ORRICK, III (State Bar #113252)
REBECCA M. ARCHER (State Bar #202743)
SABRINA L. FÈVE (State Bar #226590)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:    (415) 391-4800
Facsimile:    (415) 989-1663
ef-who@cpdb.com, ef-rma.cpdb.com, ef-slf@cpdb.com

Attorneys for Plaintiff
TIMPHONY L. WALKER


ANN MILLER RAVEL (State Bar # 62139)
ARYN PAIGE HARRIS (State Bar # 208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone:    (408) 299-5900
Facsimile:    (408) 989-7240

Attorneys for Defendants
ELMER WHEELER and SANNA LIGOURI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMPHONY L. WALKER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CORRECTION OFFICERS WHEELER, LIGOURI, CORRECTIONAL SERGEANT CORSO, CORRECTIONAL LIEUTENANT FRED HINK, RICHARD WITTENBERG-COUNTY EXECUTIVE, JIM BABCOCK-CHIEF OF CORRECTIONS, SANTA CLARA COUNTY DEPARTMENT OF CORRECTION, SANTA CLARA BOARD OF SUPERVISORS, AND DOES, I-V.,<br><br>　　　　Defendants. | CASE NO.:  C-04-00022 VRW (PR)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER**<br><br><br>Complaint Filed: January 6, 2004 |

1  WHEREAS, Plaintiff Timphony Walker, by and through his attorney of record, and
2  Defendants Elmer Wheeler and Sanna Liguori, by and through their attorney of record, have
3  stipulated to a Protective Order filed with this Court on October 17, 2006;
4  WHEREAS, the Protective Order did not purport to cover medical records of Plaintiff,
5  Timphony Walker produced by Patton State Hospital;
6  THEREFORE, Plaintiff and Defendants further stipulate as follows:
7  1. The medical records of Timphony Walker produced by Patton State Hospital Bates
8  Numbers PTN 000001 to 002704 shall be covered by the terms of the protective order filed with
9  this Court on October 17, 2006.
10  2. All medical records of Timphony Walker shall be deemed confidential pursuant to
11  the terms of the protective order, even if they are not so marked.
12  3. Defendants may only use the medical records for purposes of the above captioned
13  litigation and not in any other matters Plaintiff may have against the County of Santa Clara.
14  4. Upon case disposition, Defendants agree to dispose of all of the medical records of
15  Timphony Walker (and all duplicates and/or copies thereof) or return same to the Plaintiff.
16  5. This Order is subject to modification pursuant to written stipulation between the
17  parties and/or appropriate motion procedures.

**IT IS SO STIPULATED**

Dated: October 19, 2006          COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
REBECCA M. ARCHER
Attorneys for Plaintiff
TIMPHONY L. WALKER

1 | Dated: October 19, 2006

ANN MILLER RAVEL
County Counsel

By: *(signature)*
ARYN P. HARRIS
Lead Deputy County Counsel
Attorneys for Defendants
Officers Wheeler and Liguori

7 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

*(signature)*
VAUGHN WALKER
U.S. District Court Judge

Dated: October 25, 2006

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, CA 94111-4213
(415) 391-4800 • fax (415) 989-1663

12531.001.494518v

3

CASE NO.: C-04-00022 VRW (PR)
ADDENDUM TO JOINT STIPULATION AND PROTECTIVE ORDER