1  WILLIAM H. ORRICK, III (State Bar #113252)
   SABRINA L. FÈVE (State Bar #226590)
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Telephone:     (415) 391-4800
4  Facsimile:     (415) 989-1663
   ef-who@cpdb.com, ef-slf@cpdb.com
5
   Attorneys for Plaintiff
6  TIMPHONY L. WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMPHONY L. WALKER,<br><br>    Plaintiff,<br><br>    vs.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CORRECTION OFFICERS WHEELER, LIGOURI, CORRECTIONAL SERGEANT CORSO, CORRECTIONAL LIEUTENANT FRED HINK, RICHARD WITTENBERG-COUNTY EXECUTIVE, JIM BABCOCK-CHIEF OF CORRECTIONS, SANTA CLARA COUNTY DEPARTMENT OF CORRECTION, SANTA CLARA BOARD OF SUPERVISORS, AND DOES, I-V.,<br><br>    Defendants. | CASE NO.: C-04-00022 VRW (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF'S DEADLINE FOR DEPOSING DEFENDANT SANNA LIGOURI**<br><br><br>Complaint Filed: January 6, 2004 |

On August 15, 2006, this Court issued an Order establishing a December 29, 2006 cutoff for deposing plaintiff Timphony Walker ("plaintiff") and defendants Elmer Wheeler and Sanna Ligouri. On December 18, 2006, pursuant to the parties' Joint Stipulation, this Court extended this deadline to February 23, 2007. Due to the following circumstances, plaintiff requests an additional extension of time to depose defendant Ligouri and respectfully submits that good cause exists for granting the proposed extension:

1. In an effort to complete the timely deposition of defendant Ligouri, counsel originally agreed to schedule defendant Ligouri's deposition for January 22, 2007 and advised this Court of the same in their December 28, 2006 Joint Case Management Conference Statement.

2. Prior to plaintiff's being able to conduct defendant Ligouri's January 22, 2007 deposition, defendant Ligouri went on medical leave. She was scheduled to return to work on February 8, 2007. Accordingly, counsel agreed to reschedule defendant Ligouri's deposition for February 8, 2007.

3. On February 7, 2007, defendants' counsel learned that defendant Ligouri would not be returning to work on February 8, 2007 and would be unable to attend her deposition. Defendant's counsel also learned that, due to a recent surgery, defendant Ligouri would not be returning from leave on or after Saturday March 10, 2007. Because plaintiff's counsel is unavailable March 12-16 and defendant Ligouri is unavailable on March 19, 2007, defendant Ligouri's deposition cannot be scheduled until March 20, 2007 at the earliest. Plaintiff will attempt to schedule defendant Ligouri's deposition for March 20, 2007, but asks that the Court extend the deadline for deposing defendant Ligouri until March 30, 3007 in order to accommodate any unanticipated scheduling conflicts.

4. The parties have diligently pursued discovery. Plaintiff has completed the deposition of three third-party witnesses and defendants have also conducted a third-party deposition. The two sides have conducted an on-site inspection of the cell block where plaintiff was housed on the day of the incident and have exchanged and reviewed several thousand pages of documents. In addition, the deposition for defendant Wheeler is scheduled to occur prior to expiration of the February 23, 2007 deadline.

5. Extending Plaintiff's deadline for deposing defendant Ligouri to March 30, 2007 will not impair the parties' ability to be ready for their current trial date of October 10, 2007.

For the foregoing reasons, the parties stipulate to extending the current discovery deadline for deposing defendant Ligouri of February 23, 2007 to March 30, 2007 and submit that good cause exists for granting this extension.

**IT IS SO STIPULATED:**

Dated: February 8, 2007

COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
SABRINA L. FEVE
Attorneys for Plaintiff
TIMPHONY L. WALKER

Dated: February 8, 2007

ANN MILLER RAVEL
County Counsel

By: _____
ARYN P. HARRIS
Lead Deputy County Counsel
Attorneys for Defendants
Officers Wheeler and Liguori

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: February 13, 2007

VAUGHN
U.S. District

Dated: _____

**GRANTED**
Judge Vaughn R Walker
(United States District Court, Northern District of California seal)

12531.001.557536v1    3    CASE NO.: C-04-00022 VRW (PR)
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT LIGOURI'S DEPOSITION

TOTAL P.004

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663